AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NASH TUTEN,

Plaintiff,

v.

DENISE L. COOPER, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-4

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated April 23, 2024, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of the Court. Judgment is entered dismissing the Complaint. This case stands closed.

Approved by: _____

April 25, 2024
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03